# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JESSE DUDLEY McCLOUD, | ) |
| Petitioner/Defendant, | ) ) ) |
| vs. | ) CIVIL NO. 06-046-GPM ) |
| UNITED STATES OF AMERICA, | ) CRIMINAL NO. 04-30071-01-GPM ) |
| Respondent/Plaintiff. | ) ) |

## JUDGMENT

This action came before the Court for a ruling on Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that the motion is **DENIED**, and this action is summarily **DISMISSED with prejudice**. Judgment is entered in favor of Respondent and against Petitioner. Petitioner is to take nothing from this action.

05/01/06　　　　　　　　　　　　　　　　　　By: s/ G. Patrick Murphy
*Date*　　　　　　　　　　　　　　　　　　　　　*District Judge*